Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
9, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed August 9, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00599-CV

____________

 

IN RE DAVID EDWARDS, 

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N








On July
20, 2007, relator David Edwards filed a petition for writ of mandamus in this
court seeking an order compelling respondent, the Honorable Brent Gamble,
presiding judge of the 270th District Court, Harris County, Texas, to vacate an
order denying relator=s motion to transfer venue and, further, to order respondent
to transfer the underlying case to Fort Bend County, pursuant to section 15.011
of the Civil Practice and Remedies Code, a mandatory venue provision.[1] 
See Tex. Civ. Prac. & Rem. Code Ann. ' 15.011 (Vernon 2002). 

Relator has failed to establish that
the trial court abused its discretion when it refused to transfer the

 case to Fort Bend County.  See In
re Mo. Pac. R.R. Co., 998 S.W.2d 212, 216 (Tex. 1999).  

Accordingly, we deny relator=s petition for writ of mandamus.                                                                                  

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed August 9,
2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Guzman.  









[1]See Tex. Gov=t Code Ann. '
22.221 (Vernon 2004); Tex. Civ. Prac. & Rem. Code Ann. ' 15.0642 (Vernon 2002); see  also  Tex. R. App.
P. 52.1.